IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00254-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THINH PHUC NGUYEN,

    Defendant.

## ORDER TO SET REVOCATION HEARING

IT IS ORDERED that, upon oral request by counsel, a revocation hearing is set for **Friday, July 14, 2006 at 1:30 p.m.** in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado.

DATED: July 6, 2006

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge